**FILED**

JUL 0 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

707 Hendry Circle, Rocklin, California (SUBJECT PREMISES), and the person of Annmarie Lanoce, a resident of the SUBJECT PREMISES

CASE NO. 2:14-SW-0366 KJN

[~~PROPOSED~~] ORDER UNSEALING SEARCH WARRANT AND APPLICATION

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 7/9/2014

_____
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1